UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TYSON EUGENE MARSHEK,

        Petitioner,

                                                Case No. 06-CV-12119

v.

H.J. MARBERRY, Warden,

        Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice" dated May 31st, 2006,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent H.J. Marberry and against Petitioner Tyson Eugene Marshek. Dated at Detroit, Michigan, this 31st day of May, 2006.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                  BY: <u>s/Lisa Wagner</u>
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\Odd Orders\06-12119.MARSHEK.judgment.wpd